UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 4:10cv1683 TCM<br>)<br>) |
| BISHOP & ASSOCIATES, LLC, | )<br>) |
| Defendant. | ) |

## JUDGMENT

Plaintiffs filed this action to recover, *inter alia*, delinquent contributions and liquidated damages allegedly owed to the plaintiff employee benefit funds pursuant to 29 U.S.C. §§185 and 1132. Plaintiffs also seek to recover attorneys' fees and costs incurred in this action. Defendant was served with the summons and complaint on September 26, 2010, and has not entered an appearance.

Based on reports paid untimely or submitted without payment covering the period of November 2009 through June 2010, defendant owes plaintiffs $4,240.05 in unreported contributions. In addition, pursuant to the collective bargaining agreement and ERISA, 29 U.S.C. §1132(g)(2), plaintiffs are owed $1,579.76 in liquidated damages and $71.61 in pre-judgment interest. Also, the collective bargaining agreement and ERISA, 29 U.S.C. §1132(g)(2), require defendant to pay plaintiffs' attorneys' fees and costs. Plaintiffs incurred $397.00 in attorneys' fees and $410.50 in court costs and special process server fees. Based on the evidence presented, the Court finds that the services performed by plaintiffs' attorneys were reasonable and necessary to the litigation of this case, that the rates charged were reasonable, and that the amount sought for attorneys' fees is reasonable.

The total amount owed by defendants to plaintiffs during this time period is $6,698.92.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that plaintiffs shall recover from defendant the total of $6,698.92.

In the event that plaintiffs learn, through examination of defendant's books and records or otherwise, that additional amounts are owed for the period of November 2009 through June 2010 or beyond, plaintiffs shall be entitled to seek collection of such additional amounts.

SO ORDERED:

_____
UNITED STATES M~~AGISTRA~~TE JUDGE

Date: 11/22/10